UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STEVEN GREGORY THOMAS,

        Petitioner,               Case No. 1:10cv1053

v.                                     Hon. Robert J. Jonker

SHIRLEE HARRY,

        Respondent.

_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on July 3, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 3, 2014, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that petitioner's habeas petition is **DENIED**.  Rule 8, Rules Governing § 2254 Cases in the United States District Courts.

                                    /s/ Robert J. Jonker
                                ROBERT J. JONKER
                          UNITED STATES DISTRICT JUDGE

DATED:  July 29, 2014.